**Dismissed and Memorandum Opinion filed December 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00686-CV

_____

## IN THE MATTER OF THE MARRIAGE OF RACHEL LYNN BEVERLY AND CHAD ASHLEY BEVERLY, Appellant

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-64129**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 8, 2011. The notice of appeal was filed on August 8, 2011. Our records show that the contest to appellant's affidavit of indigence was sustained. Appellant was ordered to pay costs, but, as of this date, has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann.. § 51.207 (Vernon 2005) (same).

On November 10, 2011, this court ordered appellant to pay the appellate filing fee on or before December 1, 2011, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.